Justin L. Ward, SBN 225363
justin@jlwardfirm.com
THE WARD FIRM
2121 Natomas Crossing Drive, Suite 200-389
Sacramento, California 95834
Telephone: (916) 443-2474
Facsimile: (916) 209-8628

Attorneys for Plaintiff,
JASMINE DAVIS


Paul M. Smith, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant,
CADENCE EDUCATION, LLC dba CADENCE ACADEMY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JASMINE DAVIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>CADENCE EDUCATION, LLC dba CADENCE ACADEMY and DOES 1-20,<br><br>             Defendants. | Case No. 2:23-CV-02975-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>[Sacramento County Superior Court Case No. 23CV009934]<br><br>Action Filed:         October 17, 2023<br>Trial Date:            TBD |

1

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1  Pursuant to Stipulation of the Parties and good cause appearing therefor, IT IS HEREBY
2  ORDERED that Defendant CADENCE EDUCATION, LLC shall have until and including
3  February 9, 2024 to respond to Plaintiff JASMINE DAVIS's Complaint.
4  IT IS SO ORDERED.
5  Dated: January 24, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE