Paul M. Smith, SBN 306644
paul.smith@ogletree.com
Brittany M. Johnson, SBN 318274
brittany.johnson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant,
CADENCE EDUCATION, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JASMINE DAVIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CADENCE EDUCATION, LLC dba CADENCE ACADEMY and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 2:23-CV-02975-MCE-CKD<br><br>**ORDER GRANTING DEFENDANT CADENCE EDUCATION, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**<br><br>Date:　　　　　May 2, 2024<br>Time:　　　　　10:00 am<br>Location:　　　Courtroom 7, 14th Floor<br>Judge:　　　　Hon. M. England<br><br>[Sacramento County Superior Court Case No. 23CV009934]<br><br>Action Filed:　　October 17, 2023<br>Trial Date:　　　TBD |

**ORDER**

This Court, the Honorable Morrison C. England presiding, having considered Defendant Cadence Education, LLC's Motion to Dismiss Plaintiff Jasmine Davis's First Amended Complaint, and all other documents on file in this action, including Plaintiff's Opposition and Defendant's reply thereto, hereby finds and orders that Defendant's Motion to Dismiss (ECF No. 9) is GRANTED with leave to amend.  Not later than twenty (20) days following the date this Order is electronically filed, Plaintiff may, but is not required to, file an amended complaint.  If no amended complaint is timely filed, this action will be deemed dismissed with prejudice upon no further notice to the parties.

IS SO ORDERED.

Dated:  April 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE